1  JENNER & BLOCK LLP
    Kenneth K. Lee (Cal. Bar No. 264296)
2  klee@jenner.com
    L. David Russell (Cal. Bar No. 260043)
3  drussell@jenner.com
4  633 West 5th Street, Suite 3600
    Los Angeles, CA 90071
5  Telephone:   (213) 239-5172
    Facsimile:    (213)  239-5182
6
7  Dean N. Panos (*pro hac vice* application pending)
    dpanos@jenner.com
8  353 N. Clark Street
    Chicago, IL 60654
9  Telephone:   (312) 222-9350
    Facsimile:    (312) 840-7765
10
    Attorneys for Defendant
11 Kellogg Company

12

13                    IN THE UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| RYAN BARNES, as an individual, and on behalf of all others similarly situated, | No. CV 13-2768-CRB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE** |
| vs. | |
| KELLOGG COMPANY a Michigan corporation, | |
| Defendant. | Current CMC Date:   October 4, 2013 |
| | Time:                       8:30 a.m. |
| | Judge:                      Honorable Charles Breyer |

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

WHEREAS, the Court has scheduled a Case Management Conference for October 4, 2013, at 8:30 a.m. and has required the parties to submit a joint case management conference on or before September 27, 2013 (Dkt. No. 8);

WHEREAS, Defendant filed a motion to dismiss on August 19, 2013 (Dkt. No. 12);

WHEREAS, Plaintiff filed an amended complaint on September 3, 2013 (Dkt No. 14);

WHEREAS, Defendant intends to file a motion to dismiss and notice the hearing for November 1, 2013;

WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management Conference after the hearing date for the Defendant's motion to dismiss and the Court has had an opportunity to clarify what issues, if any, remain in the case;

ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the Court's approval, that the Case Management Conference will be continued to November 22, 2013 at 8:30 a.m., with the joint case management conference statement due November 15, 2013, or another date of the Court's choosing.

A proposed Order is attached hereto.

| | |
|---|---|
| Dated: September 5, 2013 | JENNER & BLOCK LLP |
| | By: /s/ Kenneth K. Lee<br>    Kenneth K. Lee<br>    Attorneys for Defendant Kellogg Co. |
| Dated: September 5, 2013 | THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A. |
| | By: /s/ Benjamin M. Lopatin<br>    Benjamin M. Lopatin<br>    Attorneys for Plaintiff Ryan Barnes |

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

**ORDER**

PURSUAL TO STIPULATION, IT IS SO ORDERED.

DATED: September 9, 2013

