JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
L. David Russell (Cal. Bar No. 260043)
drussell@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:   (213) 239-5172
Facsimile:    (213) 239-5182

Dean N. Panos (*pro hac vice* application pending)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone:   (312) 222-9350
Facsimile:    (312) 840-7765

Attorneys for Defendant
Kellogg Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BARNES, as an individual, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>       vs.<br><br>KELLOGG COMPANY a Michigan corporation,<br><br>            Defendant. | No. CV 13-2768-CRB<br><br>**STIPULATION AND ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>Current CMC Date:   October 4, 2013<br>Time:                         8:30 a.m.<br>Judge:                        Honorable Charles Breyer |

---

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

WHEREAS, the Court has scheduled a Case Management Conference for October 4, 2013, at 8:30 a.m. and has required the parties to submit a joint case management conference on or before September 27, 2013 (Dkt. No. 8);

WHEREAS, Defendant filed a motion to dismiss on August 19, 2013 (Dkt. No. 12);

WHEREAS, Plaintiff filed an amended complaint on September 3, 2013 (Dkt No. 14);

WHEREAS, Defendant intends to file a motion to dismiss and notice the hearing for November 1, 2013;

WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management Conference after the hearing date for the Defendant's motion to dismiss and the Court has had an opportunity to clarify what issues, if any, remain in the case;

ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the Court's approval, that the Case Management Conference will be continued to November 22, 2013 at 8:30 a.m., with the joint case management conference statement due November 15, 2013, or another date of the Court's choosing.

A proposed Order is attached hereto.

Dated:  September 5, 2013                                       JENNER & BLOCK LLP

                                                           By: /s/ Kenneth K. Lee
                                                                 Kenneth K. Lee
                                                                 Attorneys for Defendant Kellogg Co.


Dated:  September 5, 2013                                       THE LAW OFFICES OF HOWARD W.
                                                                                      RUBINSTEIN, P.A.

                                                              By: /s/ Benjamin M. Lopatin
                                                                 Benjamin M. Lopatin
                                                                 Attorneys for Plaintiff Ryan Barnes

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 9, 2013  _____

